UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TATE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No. 2:14-cv-2917 WBS CKD P<br><br>ORDER |

On December 11, 2017, plaintiff filed a motion for extension of time to file objections to findings and recommendations which were adopted by the district court on March 9, 2015. Plaintiff has not adequately explained his extreme delay in seeking an extension of time. Accordingly, his request (ECF No. 12) is denied. If plaintiff still seeks relief in this court he must initiate a new action.

Dated: December 18, 2017

　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/kly
tate2917.58